223 So.2d 871

### The TRAVELERS INDEMNITY COMPANY

v.

### HENDRY CORPORATION et al.

#### No. 49918.

June 27, 1969.

In re: Hendry Corporation applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 221 So.2d 674.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

223 So.2d 871

### Samuel H. VIGNES

v.

### Nellie JARREAU et al.

#### No. 49929.

June 27, 1969.

In re: Samuel H. Vignes applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Pointe Coupee. 222 So.2d 566.

Application denied. The result is correct.

SANDERS, J., is of the opinion a writ should be granted to review this important question pertaining to declaratory judgments.

SUMMERS, J., is of the opinion the writ should be granted.